IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00208-RPM-BNB

JEFFREY DOUGLAS GUSEMAN,

    Plaintiff,
v.

THE CITY OF LAKEWOOD, COLORADO,
BRYAN FEIK, and
BRIAN LOVEJOY,

    Defendants.

## PROTECTIVE ORDER

The Court is in receipt of the parties Joint Stipulated Motion for Protective Order and Confidential Information Stipulation. On review of that Motion and the file in this matter, it is hereby ORDERED that:

The Parties shall comply with the terms and conditions of their Joint Stipulated Motion in regard to data and information designated as "Confidential" pursuant to that Motion and stipulation. In addition, any pleadings or briefs quoting or discussing any information designated as "Confidential" pursuant to that Motion and stipulation will not be accepted for filing "under seal" or otherwise kept out of the public record in this action, except pursuant to Court Order issued upon motion of the party seeking to file such data under seal. Any motion requesting leave to file such data under seal shall comply with the requirements of D.C. Colo.LCivR 7.2 and 7.3.

Dated this 1st day of May 2008.

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch
                                          Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00208-RPM-BNB

JEFFREY DOUGLAS GUSEMAN,

    Plaintiff,

v.

THE CITY OF LAKEWOOD, COLORADO,
BRYAN FEIK, and
BRIAN LOVEJOY,

    Defendants.
_____

**EXHIBIT A TO PROTECTIVE ORDER – CONFIDENTIALITY AGREEMENT**
_____

    I, _____, the undersigned, being duly sworn, hereby acknowledge that I have read the Protective Order issued by the Court in the above captioned civil action and I understand the terms and conditions of such Protective Order governing the restricted use of information and materials obtained from the parties and provided to me for the sole purpose of the above captioned action, and hereby agree to keep all such information and materials strictly and absolutely confidential, and in all other respects to be bound by the terms of the Protective Order.

    My current address and telephone number is:     _____

    _____

    _____
    Signature

STATE of _____ )
    )ss.
COUNTY of _____ )

    The foregoing Confidentiality Agreement was sworn and acknowledged to before me by _____ on this day of _____, 200__.

    Witness my hand and official seal.

[seal]     _____
    Notary Public
My commission expires:_____