IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00208-RPM-BNB

JEFFREY DOUGLAS GUSEMAN,

    Plaintiff,

v.

THE CITY OF LAKEWOOD, COLORADO,
BRYAN FEIK, and
BRIAN LOVEJOY,

    Defendants.
_____

**ORDER GRANTING MOTION TO ALLOW DEPOSITION OF PLAINTIFF
JEFFREY DOUGLAS GUSEMAN PURSUANT TO FED. R. CIV. P. 30(a)(2)**
_____

    **Upon consideration of Defendants'** Unopposed Motion to Allow Deposition of Plaintiff Jeffrey Douglas Guseman Pursuant to Fed. R. Civ. P. 30(a)(2) filed July 3, 2008, it is

    ORDERED that the Motion is granted. Defendants are hereby permitted to take the deposition of Plaintiff Jeffrey Douglas Guseman on August 20, 2008, at 9:30 a.m. at the Kit Carson Correctional Center.

    Dated this 7th day of July, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge