IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    08-cv-00208-RPM-BNB

JEFFREY DOUGLAS GUSEMAN,

Plaintiff

v.

CITY OF LAKEWOOD, COLORADO,
BRYAN FEIK, and
BRIAN LOVEJOY,

Defendants

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ALLOW DEPOSITION OF PLAINTIFF JEFFREY DOUGLAS GUSEMAN PURSUANT TO FED. R. CIV. P. 30(a)(2)

Upon consideration of Defendants' Unopposed Motion to Allow Deposition of Plaintiff Jeffrey Douglas Guseman Pursuant to Fed. R. Civ. P. 30(a)(2), filed August 14, 2008, it is:

**ORDERED** that the Motion is **GRANTED**. Defendants are hereby permitted to take the deposition of Plaintiff Jeffrey Douglas Guseman on September 22, 2008, at 9:30 a.m. at the Kit Carson Correction Center.

**DATED** this 15th day of August, 2008.

BY THE COURT:

*s/Richard P. Matsch*
Richard P. Matsch, Senior Judge