**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **08-cv-00208-RPM**

JEFFREY DOUGLAS GUSEMAN,

    Plaintiff

v.

CITY OF LAKEWOOD,
BRYAN FEIK, and
BRIAN LOVEJOY

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff's Unopposed Motion for Modification of Scheduling Order came on regularly for consideration, the Court noting that the motion is unopposed and good cause appearing, it is

ORDERED that the Scheduling Order be and it hereby is modified to provide that the party with the burden of proof on an issue designate experts with respect to those issues on or before October 16, 2008, that contradicting experts be designated on or before November 16, 2008 and that rebuttal

1

experts be designated on or before December 1, 2008.

Entered this 8th day of September, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior United States District Judge