IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: November 6, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00208-RPM

JEFFREY DOUGLAS GUSEMAN,                                        Brice A. Tondre

     Plaintiff,

v.

THE CITY OF LAKEWOOD, COLORADO,                    Thomas J. Lyons
BRYAN FEIK and                                                             Joseph Sanchez
BRIAN LOVEJOY,                                                            Andrew J. Fisher

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Amend Complaint**

**9:59 a.m.**     **Court in session.**

Court's preliminary remarks and states its understanding of the motion [20].

10:01 a.m.     Mr. Tondre answers questions asked by the Court.

Mr. Tondre states Court is correct regarding the requested amendment and that it is not a separate claim for relief nor one against the City.

Mr. Tondre agrees, based on today's discussion with the Court, that the proposed amended complaint is not necessary.

**ORDERED:**    Motion to Amend Complaint, filed October 14, 2008 [20], is denied as not necessary.

Discussion regarding scheduling and clarification of case claims, discovery and a possible dispositive motion with respect to the City.

**10:12 a.m.**     **Court in recess.**

Hearing concluded. Total time: 13 min.