UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00208-RPM

JEFFREY DOUGLAS GUSEMAN,

    Plaintiff

v.

CITY OF LAKEWOOD,
BRYAN FEIK, and
BRIAN LOVEJOY

    Defendants.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the calendar call on December 5, 2008, it is

ORDERED that this matter is set for trial to jury on **June 29, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

DATED: December 5th, 2008

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior Judge