UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00208-RPM

JEFFREY DOUGLAS GUSEMAN,

    Plaintiff,

v.

CITY OF LAKEWOOD,
BRYAN FEIK, and
BRIAN LOVEJOY

    Defendants.

---

ORDER GRANTING UNOPPOSED MOTION TO VACATE TRIAL DATE AND
RESETTING TRIAL DATE

---

After review of Defendant City of Lakewood and Brian Feik's Unopposed Motion to Vacate Trial Date and Reset Trial, filed December 10, 2008 [34], it is

ORDERED that the motion is granted and the **trial to jury** scheduled for - June 29, 2009**, is vacated and rescheduled for August 3, 2009 at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    DATED: December 22nd, 2008

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge