IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00208-RPM-BNB

JEFFREY DOUGLAS GUSEMAN,

    Plaintiff,

v.

THE CITY OF LAKEWOOD, COLORADO,
BRYAN FEIK, and
BRIAN LOVEJOY,

    Defendants.

---

**ORDER DISMISSING DEFENDANTS LOVEJOY and FEIK, WITH PREJUDICE**

---

On review of the parties' Joint Stipulated Motion to Dismiss Defendants Lovejoy and Feik [47], it is hereby

ORDERED that the parties' Joint Stipulated Motion to Dismiss all claims against Defendants Lovejoy and Feik, with prejudice, is GRANTED. Defendants Feik and Lovejoy are dismissed from this matter with prejudice and each party to bear their own costs and expenses, including all attorney fees, in full.

Dated: February 17th, 2009.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Court Judge