IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00208-RPM-BNB

JEFFREY DOUGLAS GUSEMAN,

    Plaintiff,

v.

THE CITY OF LAKEWOOD, COLORADO,
BRYAN FEIK, and
BRIAN LOVEJOY,

    Defendants.

## ORDER DISMISSING THE CITY OF LAKEWOOD, WITH PREJUDICE

On review of the parties' Joint Stipulated Motion to Dismiss The City of Lakewood, and being fully advised, it is hereby

ORDERED that the parties' Joint Stipulated Motion to Dismiss all claims against Defendant the City of Lakewood, with prejudice, is GRANTED. The City of Lakewood is dismissed from this matter with prejudice, each party to bear his or its own costs and expenses, including all attorney fees, in full.

Dated: February 26th, 2009.

                                                  BY THE COURT:

                                                  s/Richard P. Matsch

                                                  _____

                                                  Richard P. Matsch
                                                  United States District Judge